**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------X
:
STRIKE 3 HOLDINGS, LLC, :
: Case No. 1:22-cv-08788-VSB
Plaintiff, :
:
vs. :
:
:
JOHN DOE subscriber assigned IP address :
67.243.150.114, :
:
Defendant. :
------------------------------------------------------------------X

### [PROPOSED] THIRD PROTECTIVE ORDER

**THIS CAUSE** came before the Court upon Defendant February 24 Letter requesting a protective order, and the Court being duly advised in the premises does hereby:

**FIND, ORDER AND ADJUDGE:**

1. Strike 3 Holdings, LLC shall refrain from publishing personal identifying information, or any information that could be used to identify the individual, about Defendant or any other parties identified as the infringer on the public docket. Any such information shall be redacted on the public filing, and an un-redacted copy shall be filed under seal.

**DONE AND ORDERED** this __26__ day of __April__, 202_3_.

By: ___/s/ Vernon Broderick___
**HON. VERNON S. BRODERICK**
**UNITED STATES DISTRICT JUDGE**

1